OMAR ZAMBRANO, STATE BAR NO. 231098
omar@zambranolaw.net
LAW OFFICE OF OMAR ZAMBRANO
517 North Alvarado Street
Los Angeles, CA 90026
Telephone: (213) 484-6339
Facsimile: (213) 572-0241

Attorneys for Plaintiff,
Joe L. Cunningham

OFFICE OF THE GENERAL COUNSEL
ERIC M. ALDERETE, STATE BAR NO. 199565
ealderete@downeysavings.com
U.S. BANK NATIONAL ASSOCIATION
3501 Jamboree Road
Newport Beach, CA 92660
Telephone: (949) 509-4461
Facsimile: (949) 725-0619

Attorneys for Defendants,
U.S. Bank National Association, Successor in
Interest to the Federal Deposit Insurance
Corporation as Receiver for Downey Savings and
Loan Association, F.A., DSL Service Company
and FCI Lender Services, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JOE L. CUNNINGHAM<br><br>Plaintiff,<br><br>v.<br><br>FCI LENDER SERVICES, INC.; DSL SERVICE COMPANY; DOWNEY SAVINGS AND LOAN ASSOCIATION and DOES 1-50, inclusive<br><br>Defendants. | Case No. 09-CV-01001-JAM-KJM<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE [FRCP, Rule 41(a)]**<br><br><br>Judge: Hon. John A. Mendez<br><br>[Complaint Filed: March 13, 2009] |

-1-

STIPULATION FOR DISMISSAL

PDF created with pdfFactory trial version www.pdffactory.com

TO THE HONORABLE JOHN A. MENDEZ:

The parties of the above-captioned matter hereby stipulate to dismissal with prejudice of this action in its entirety, with each party to bear their own costs and fees.

Respectfully submitted,

Dated: May 4, 2009                LAW OFFICE OF OMAR ZAMBRANO

By: __/s/ OMAR ZAMBRANO (as authorized on 5/4/09 - original signature retained by attorney)__
    OMAR ZAMBRANO
Attorney of Record for Plaintiff,
JOE L. CUNNINGHAM

Dated: May 8, 2009                OFFICE OF THE GENERAL COUNSEL

By: __/s/Eric M. Alderete__
    ERIC M. ALDERETE
Attorney of Record for Defendants,
U.S. BANK NATIONAL ASSOCIATION, SUCCESSOR IN INTEREST TO THE FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A., DSL SERVICE COMPANY and FCI LENDER SERVICES, INC.

## **ORDER**

IT IS HEREBY ORDERED that this matter may be, and it hereby is, dismissed with prejudice, in its entirety.

DATED: _May 8, 2009

/s/ John A. Mendez_____
HONORABLE JOHN A. MENDEZ,
JUDGE OF THE UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com